## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.: _____

Joseph Willis,

      Plaintiff,

v.

Credit Acceptance Corporation,

      Defendant.

---

## COMPLAINT

---

For this Complaint, Plaintiff, Joseph Willis, by undersigned counsel, states as follows:

### JURISDICTION

1.      This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3.      Plaintiff, Joseph Willis ("Plaintiff"), is an adult individual residing in Colorado Springs, Colorado, and is a "person" as defined by 47 U.S.C. § 153(39).

4.      Defendant, Credit Acceptance Corporation ("CAC"), is a Michigan business entity with an address of 25505 West 12 Mile Road, Southfield, Michigan 48034-8316, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5.      Within the last year, CAC began calling Plaintiff's cellular telephone, number 719-xxx-3041, using an automatic telephone dialing system ("ATDS" or "predictive dialer") and/or using an artificial or prerecorded voice.

6.      When he answered calls from CAC, Plaintiff heard a prerecorded message which prompted him to press a key.

7.      Plaintiff never provided his cellular telephone number to CAC and never provided his consent to receive automated calls from CAC.

## COUNT I
## VIOLATIONS OF THE TCPA  –
## 47 U.S.C. § 227, *et seq.*

8.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

9.      At all times mentioned herein, Defendant called Plaintiff's cellular telephone number without his consent using an ATDS or predictive dialer and/or using a prerecorded or artificial voice.

10.     The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges pursuant to 47 U.S.C. § 227(b)(1).

11.     Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

12.     The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

13.     Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

14.     Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00

pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

1.  Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2.  Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3.  Such other and further relief as may be just and proper.

## **TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: October 14, 2016

Respectfully submitted,

By  */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.co
*Attorneys for Plaintiff*

Plaintiff:
Joseph Willis
1004 W Van Buren Street
Colorado Springs, Colorado 80907