**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:16-cv-2564-JLK

Joseph Willis,

    Plaintiff/Movant,

Credit Acceptance Corporation,

    Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 15, 2016

                                        Respectfully submitted,

                                       By: __/s/ Jenny DeFrancisco_____

                                       Jenny DeFrancisco, Esq.
                                       CT Bar No.: 432383
                                       LEMBERG LAW LLC
                                       43 Danbury Road, 3rd Floor
                                       Wilton, CT 06897
                                       Telephone: (203) 653-2250
                                       Facsimile: (203) 653-3424
                                       E-mail: jdefrancisco@lemberglaw.com
                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  */s/ Jenny DeFrancisco*
                                                 Jenny DeFrancisco, Esq.